UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ADMIRAL INSURANCE CO.,
                       Plaintiff,

v.

G4S YOUTH SERVICES,
                       Defendant.

Action No. 3:07–CV–656

## FINAL ORDER

THIS MATTER is before the Court the parties's Cross-Motions for Summary Judgment (Doc. Nos. 27 and 29). For the reasons stated in the accompanying Memorandum Opinion, this Court GRANTS Defendant's Cross-Motion for Summary Judgment, and DENIES Plaintiff's Motion for Summary Judgment. Accordingly, this case is DISMISSED.

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Chief United States District Judge

ENTERED this __9th__ day of June 2009